ALAN F. BROIDY, State Bar #89430
LAW OFFICES OF ALAN F. BROIDY, APC
1925 Century Park East, Seventeenth Floor
Los Angeles, California 90067
Telephone: (310) 286-6601
Telecopier: (310) 286-6610
Email: alan@broidylaw.com

Counsel for Marisa Nelson, Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARISA NELSON and PETER NELSON,<br><br>Debtors. | Case No. 2:12-bk-15672-TD<br><br>Chapter 7<br><br>**OBJECTION OF PLAINTIFF MARISA NELSON TO TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTERESTS IN CAUSES OF ACTION [DOCKET NO 122]**<br><br>Date: [To Be Set]<br>Time:<br>Ctrm: |

Pursuant to LBR 9013-1(o), Plaintiff Marisa Nelson ("Debtor") hereby files this Objection ("Objection") to Trustee's Notice of Intent to Abandon ("Notice of Intent to Abandon") Estate's Interests in Causes of Action [Docket No. 122] on the grounds that the causes of action set forth in *Marisa Nelson v. Bernstein et al*, Adv. No. 2:14-ap-01000-TD, have value to the Debtors' Estate. The Debtor requests a hearing in this matter, and the Debtor anticipates that the Trustee's Notice of Intent to Abandon may be withdrawn.

Dated: June 23, 2014    LAW OFFICES OF ALAN F. BROIDY, APC

By   /s/ Alan F. Broidy

Attorneys for Marisa Nelson, Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1925 Century Park East, 17th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION OF PLAINTIFF MARISA NELSON TO TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTERESTS IN CAUSES OF ACTION [DOCKET NO. 122]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/7/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Diane C. Weil
dcw@dcweillaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Stephen R. Rykoff
steverykoff@yahoo.com

Dale Wayne Jeffries
wjeffries@nemecek-cole.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/23/14, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA MESSENGER:**
Honorable Thomas B. Donovan
USBC/LA Division
255 E. Temple St., Rm. 1352
Los Angeles, CA 90012-3332

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/23/14 | ALAN F. BROIDY | /s/ Alan F. Broidy |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE