| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>**FILED**<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk |
|---|---|
| In re: MARISA and PETER NELSON,<br><br>**ENTERED**<br>JAN - 7 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk<br><br>Debtor(s). | CASE NO.: 2:12-BK-15672 TD<br>CHAPTER: 7<br><br>ORDER REASSIGNING BANKRUPTCY<br>CASE TO JUDGE (by mutual consent)<br>☐ WITHIN DIVISION TRANSFER<br>☒ WITHIN DISTRICT TRANSFER |

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge SCOTT C. CLARKSON _____ [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☒ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

---

July 2013        Order Reassigning Bankruptcy Case to Judge by Mutual Consent        **F 5004-3**

☒ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 1/7/15

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: 1/7/2015

_____
UNITED STATES BANKRUPTCY JUDGE